No. 12–6550. STANFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–6551. RAMOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 12–6560. AGUILAR-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 12–6562. RAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–6564. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 12–6565. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 12–6572. STROUD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6579. HERRERA-DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 12–6580. GILLIAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 12–6592. GLOVER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 12–234. CRAVEN v. COBELL ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 12–6058. PAYNE v. KIRKEGARD ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 12–6179. WILLIAMS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE. C. A. 6th Cir. Certiorari before judgment denied.

No. 12–6319. KING v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.